"Exhibit A"

IN THE CIRCUIT COURT, FOURTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR BAY COUNTY

KERRY L. MOORE,

    Plaintiff,

vs.                                             Case No.: 12-1825CA

COMPLETE DISTRIBUTION SERVICES,
INC., and CESAR HERNANDEZ,

    Defendants.

___

## COMPLAINT

Plaintiff, Kerry L. Moore, sues the Defendants, COMPLETE DISTRIBUTION SERVICES, INC., and CESAR HERNANDEZ, and allege:

### COUNT I - NEGLIGENCE

1. This is an action for damages which exceeds $15,000.00.

2. On or about July 31, 2010, Defendants COMPLETE DISTRIBUTION SERVICES, INC., owned and/or leased and/or used in its business a tractor and a trailer, respectively, which was operated, with the consent of the aforementioned Defendant, by Defendant, CESAR R. HERNANDEZ, its agent and/or employee and/or legal representative, on State Road 75, near its intersection with Veal Road, in Youngstown, Bay County, Florida.

3. At that time and place the Defendants, COMPLETE DISTRIBUTION SERVICES, INC., and CESAR R. HERNANDEZ, negligently operated or maintained the motor vehicle and/or trailer, so that it collided with the motor vehicle that the Plaintiff, KERRY L. MOORE, was driving on the aforementioned date.

4. At all times material hereto, Defendant, CESAR R. HERNANDEZ, was an employee of

Defendant, COMPLETE DISTRIBUTION SERVICES, INC., and he was acting in the line and scope of his employment.

5. As a result, Plaintiff, KERRY L. MOORE, suffered bodily injury that is permanent within a reasonable degree of medical probability and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation any preexisting conditions which may have pre-dated the date of this collision. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, KERRY L. MOORE, demands judgment for damages against the Defendants, COMPLETE DISTRIBUTION SERVICES, INC., and CESAR R. HERNANDEZ, plus costs, interest, and trail by jury on all issues so triable, and any other remedy this Court deems equitable and just.

SYFRETT & DYKES LAW OFFICES, P.A.

Clayton R. Syfrett, Esquire
Fla. Bar No.: 0054305
311 Magnolia Avenue (32401)
Post Office Box 1186
Panama City, FL 32402
T/(850) 785-3400
F/(850) 872-8234
csyfrett@syfrett-dykes.com
ATTORNEY FOR PLAINTIFF